

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00719-CV

Juan **ENRIQUEZ**,
Appellant

v.

Dwayne **VILLANUEVA**, Karnes County Sheriff,
Individually and in his Official Capacity,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-09-00210-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellant's brief was due to be filed on January 2, 2018. On January 9, 2018, this court issued an order directing appellant to show cause why this appeal should not be dismissed for want of prosecution based on appellant's failure to file a brief. Appellant's brief was filed on January 17, 2018, and the certificate of service states appellant timely mailed the brief by placing it in the prison mail system. It is therefore ORDERED that appellant's brief is deemed to be timely filed. The appellee's brief must be filed no later than February 16, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court